UNITED STATES DISTRICT COURT c
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MARY SELF BANKSTON, ET AL., Plaintiffs | CASE NO. 3:16-CV-01368 |
| VERSUS | JUDGE JAMES |
| CLAY HAMILTON, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is Plaintiffs' "Motion to Dismiss for Lack of Jurisdiction and Memorandum in Opposition to Defendant's Motion to Dismiss." (Doc. 44). Plaintiffs contend that the Court does not have subject-matter jurisdiction over the Louisiana Fifth Judicial District Court's and Judge Ann B. McIntyre's Motion to Dismiss. (Doc. 38).

In their Motion, Plaintiffs' reiterate the allegations from their Complaint. They allege that the Court lacks subject-matter jurisdiction over Defendants' Motion to Dismiss as it was untimely and improperly filed, arguing that Defendants' motion was filed past the deadline for Defendants to respond to Plaintiffs' Complaint. Plaintiffs contend that they served Defendants' with the Complaint pursuant to F.R.C.P. 4(d), by mailing Defendants the complaint and summons, along with two copies of waiver of service forms.

"While the federal rules allow Plaintiffs to submit a waiver of service form and a copy of the complaint to a defendant via first-class mail or other reliable means,

such a mailing is not considered service under FRCP 4." <u>Able Sec. and Patrol, LLC v. Louisiana ex rel. Dept. of Public Safety and Corrections</u>, Civ. No. 07-1931, 2008 WL 3539693, at *3 (E.D. La. July 30, 2008). Proper service has not been made yet, although this Court currently has a pending motion to serve via the United States Marshals Service, which it is considering in a separate Memorandum Order. To the extent that Plaintiffs sought to oppose Defendants' Motion to Dismiss, the Court will consider Plaintiffs' arguments in opposition to Defendants' arguments in favor of dismissal.

Plaintiffs' "Motion to Dismiss for Lack of Jurisdiction and Memorandum in Opposition to Defendant's Motion to Dismiss" is DENIED. (Doc. 44).

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this __27th__ day of January, 2017.

_____
Joseph H.L. Perez-Montes
United States Magistrate Judge