UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MARY SELF BANKSTON, ET AL.** | **CIVIL ACTION NO. 16-01368** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CLAY HAMILTON, ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

<u>**JUDGMENT**</u>

For those reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 49], after a *de novo* review of the record, including the objections and responses,

**IT IS ORDERED, ADJUDGED, and DECREED** that Defendants Judge Ann B. McIntyre and the Louisiana Fifth Judicial District Court's Motion to Dismiss [Doc. No. 38] is **GRANTED,** and Plaintiffs' claims against these Defendants are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant Louisiana Second Circuit Court of Appeal's Motion to Dismiss [Doc. No. 17] is **GRANTED,** and Plaintiffs' claims against this Defendant are also **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant Brian Thompson's Motion to Dismiss [Doc. No. 21] is **GRANTED**, and Plaintiffs' claims against this Defendant are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, after *sua sponte* review, Plaintiffs' claims against the remaining Defendants Douglas Self, Geraldine Johnson, Clay

Hamilton, and James M. Miller are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Judgment on the Pleadings [Doc. No. 28] is **DENIED.**

MONROE, LOUISIANA, this 3rd day of March, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE